# United States District Court
## CRIMINAL MINUTES - GENERAL

Case # __4:17cr51-MW__    Date __January 4, 2024__

DOCKET ENTRY:    Sentencing Held    12:57 p.m. – 1:06 p.m.

Defendant not present for sentencing.  Ruling by Court: Court will issue a bench warrant for Defendant's arrest.  Clerk to administratively close the file.

PRESENT:  HONORABLE <u>MARK E. WALKER</u>, CHIEF UNITED STATES DISTRICT JUDGE

| <u>Victoria Milton McGee</u> | <u>Megan Hague</u> | <u>Gary Milligan</u> | <u>April McCommon</u> | |
|---|---|---|---|---|
| Deputy Clerk | Court Reporter | Asst US Atty | USPO | Interpreter |

U.S.A. v. (Defendant Listed Below)    Attorney for Defendant
<u>MICHAEL D. TOWNER</u>    <u>Gannon Coens & Joseph Bodiford</u>
☒ present   ☐ custody   ☒ on release    ☒ present   ☐ appointed   ☒ retained

PROCEEDINGS:    Sentencing Held

- 12:57  Court in session
  Defendant not present for sentencing
  Court addresses parties
- 12:58  Ruling by Court:  Court will issue a bench warrant for Defendant's arrest. Clerk to administratively close the file.
  Court addresses parties
- 1:05   Defense counsel responds (Coens)
- 1:06   Court adjourned

Initials of Clerk: **VMM**